UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA     :
                              :
      - v. -                  :      **UNSEALING ORDER**
                              :
FILIPPO BERNARDINI,          :      21 Cr. 458
                              :
          Defendants.      :
                              :
- - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by and through Assistant United States Attorney Daniel G. Nessim, it is hereby ORDERED that Indictment 21 Cr. 458, which was filed under seal on July 14, 2021 and is annexed hereto, is unsealed.

SO ORDERED.

Dated: New York, New York
       January 5, 2022

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTARTE JUDGE