United States District Court
Southern District of New York
---------------------------------------

| | |
|---|---|
| United States of America, | Request for Notice of Appearance and Electronic Notification |
| - v - | |
| Filippo Bernardini, | 21 Cr. 458 |
| Defendant. | |

---------------------------------------

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests that the Clerk note her appearance on behalf of defendant Filippo Bernardini in the above-captioned case and add her as a filing user to whom Notices of Electronic Filing will be transmitted.

Respectfully Submitted,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, N.Y. 10007
O: 212.417.8724
C: 646.574.0351
Hannah_McCrea@fd.org

cc:   Attorneys of record