```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

             : Docket # 21CR458

   -against-

             : ORDER

Filippo Bernardini

    Defendant

------------------------------------X

Colleen McMahon, United States District Judge:

Upon the application of Pretrial Services and consent of both parties, it is hereby ORDERED that the defendant's bail be modified as follows: 1) remove the condition that the defendant must notify Pretrial Services where he was going before leaving the residence for a period of more than one hour; and 2) travel be restricted to Manhattan, Brooklyn, and Staten Island, NY.

    Dated: New York, New York
          January 21, 2022

                                    SO ORDERED:

                                    _____
                                    Colleen McMahon
                                    United States District Judge