**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 2, 2022

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

Re:   United States v. Filippo Bernardini, 21 CR 458

Dear Judge McMahon:

I write to respectfully request that Mr. Bernardini's May 4, 2022 status conference be adjourned. The defense is preparing a mitigation submission in this matter and requests an adjournment to submit that package to the government and give the government time to consider it. I have conferred with AUSA Daniel Nessim, and I understand the government does not object to this request.

Accordingly, the defense requests an adjournment of the conference currently scheduled for May 4, 2022, and further consents to excluding time under the Speedy Trial Act until the new date.

Sincerely,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA Daniel Nessim