

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2022

<u>**BY ECF**</u>

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Filippo Bernardini*, 21 Cr. 458 (CM)

Dear Judge McMahon:

  The Government respectfully writes, with the consent of the defendant, to request an approximately thirty-day adjournment of the pretrial conference scheduled for July 6, 2022. The defendant has submitted a deferred prosecution request to the U.S. Attorney's Office, which is currently under review. If the Court grants this request, the Government further moves for the exclusion of time under the Speedy Trial Act through the next-scheduled conference date. Such an exclusion would be in the interests of justice as it would allow the parties time to continue their discussions concerning a pretrial disposition. *See* 18 U.S.C. § 3161(h)(7)(A).

             Respectfully submitted,

             DAMIAN WILLIAMS
             United States Attorney for the
             Southern District of New York

          By: *Daniel Nessim*
             Daniel G. Nessim
             Assistant United States Attorney
             (212) 637-2486