

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

June 30, 2022

6/30/22

Case Adj to Sept. 10, 2022 at 2pm - time excluded through Sept 10, in the interest of justice, to facilitate discussions concerning a pre-trial disposition.

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Filippo Bernardini*, 21 Cr. 458 (CM)

Dear Judge McMahon:

The Government respectfully writes, with the consent of the defendant, to request an approximately thirty-day adjournment of the pretrial conference scheduled for July 6, 2022. The defendant has submitted a deferred prosecution request to the U.S. Attorney's Office, which is currently under review. If the Court grants this request, the Government further moves for the exclusion of time under the Speedy Trial Act through the next-scheduled conference date. Such an exclusion would be in the interests of justice as it would allow the parties time to continue their discussions concerning a pretrial disposition. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

*[signature: Colleen McMahon]*

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```