

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

September 12, 2022

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Filippo Bernardini*, 21 Cr. 458 (CM)

Dear Judge McMahon:

The Court previously adjourned a September 10 conference to September 20, 2022 at 2:15 p.m. The Court had previously excluded time under the Speedy Trial Act through September 10, 2022. The Government respectfully writes, with the consent of the defendant, to request that the Court exclude time under the Speedy Trial Act through September 20, 2022. Such an exclusion would be in the interests of justice as it would allow the parties time to continue their discussions concerning a pretrial disposition. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Daniel Nessim*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/22

*Handwritten endorsement:*
9/13/22
Case Adj to Sept. 20, 2022 at 2:15 PM — time Excluded through Sept. 20, in the interest of justice, to facilitate plea discussions.
/s/ Colleen McMahon