# EXHIBIT C

February 23, 2023

Dear Judge Colleen McMahon:

I've known Filippo since 2018 when he joined the Simon & Schuster Rights team. I myself started working for Simon & Schuster in late 2012 after graduating from Kingston University MA Publishing. I worked 10 years for Simon & Schuster UK. As a Rights Manager, my role at S&S was selling translation and audio rights to foreign publishers and local book clubs. Filippo was helping me and two senior managers with drafting contracts, arranging meetings and various other admin queries before he became a rights coordinator around mid-2020.

Me and Filippo developed a close relationship from the very beginning. Firstly, we shared common interests in foreign cultures and languages, we both loved travelling and exploring new places, we also had similar taste in books and films. Secondly, we were both foreigners (I'm Georgian origin) in an industry where the vast majority of other colleagues would be English origins, of course except in the rights department.

I remember him as a very smiley and friendly guy with great sense of humour who always made me laugh. Some people in the office might find his loud laughter strange, but I personally loved how he expressed himself, the genuine emotions that were coming from him, whether it was laughter or the childish curiosity to learn new things. He was also very direct about what he liked and what he didn't. I speak 4 different languages including my native Georgian and Russian as I grew up in Soviet Union. Filippo often asked me to translate things for him, write sentences in those languages. The following day like a good pupil he would already come with some knowledge and understanding of the language. I always joked with him that he should have taught me Italian instead. He was not so sentimental about his own Italy though; he often said he would never want to live there. I'm aware that growing up in a small town as a gay man was not easy for him. He never talked about his personal life, but I could feel he was haunted by some childhood traumas.

Filippo was very caring to me. He was always the first one in the office to remember my birthday and would often text me exactly at midnight to wish me happy birthday, Christmas or New Year. If I was on holidays, he always stayed in touch to ask how I was doing. I always appreciated that. In a busy and hectic world people often forget how much these personal messages mean and how can they make people actually happy. He sat next to me and I loved walking into the office (Filippo always arrived before me) because I knew someone would greet me with a mega smile and cheerful eyes after a long and tiring daily commute. Filippo was also the first person, after my boss, with whom I shared the news about my decision to leave S&S (in December 2021). I left S&S in March 2022 to pursue my long-term dream of starting my own publishing business in Georgia. I remember our last face-to-face conversation in our office kitchen. He told me that he would not want to stay there long after I had left. For the last year he was not very happy at S&S. He had been promoted to rights coordinator during the pandemic, when we all worked remotely, and I think he struggled to settle in the new position, which required a good knowledge of production side of book publishing. He was also very much affected by ▮▮▮▮▮▮ and in general he seemed to me ▮▮▮▮▮▮.

Filippo's arrest came as a real shock to all of us in the Rights team at S&S. It took us a long time to emotionally accept the news. I spent nights awake to read news about him, but the person portrayed in those articles wasn't someone I knew. It's been a year now and I haven't stopped thinking about him. He was like curious child – I wonder if he couldn't realised how serious his behaviour was. I'm still puzzled but I do know prison isn't the place where he belongs. Knowing him and his fragile and insecure personality, I believe such punishment would be disastrous for him and would totally break him down. I do believe in justice but I also think someone like him – a troubled person with big heart - deserves another chance in life.

Nino Tarkhan-Mouravi