# EXHIBIT E

**Kim Klever**



March 5, 2023

Honourable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

Re: Filippo Bernardini

Dear Judge McMahon,

My name is Kim Klever and I am Chief Operating Officer of a real estate investment management firm in New York  City.  In this capacity I oversee our Human Resources and IT functions and am heavily involved in our corporate governance, compliance and policy making. As such, I have high ethical standards and a core set of values that are intrinsic to my work and identity.

I first met Filippo about 7 years ago, when he began a relationship with my friend, Ben.  During that time, I have seen how Filippo and Ben care for and support each other.  We have traveled to various international locations along with visiting each other in London and NYC.  Over time, I have developed a friendship with Filppo and while he has been in NYC this past year we have spent time together.  Filippo has been a kind and caring friend and is very dependable.

It has been a difficult year for Filippo, particularly being separated from Ben.  Ben, in turn, has also sacrificed a lot, including professionally, to help support Filippo. Filippo has conveyed to me several times how much regret and remorse he has for his crimes and how they have impacted his victims.  He is also devastated at the negative effects on his loved ones.

When Filippo learned that he would be in NYC for an extended period of time, we spoke about how he might make a contribution to the community as well as do something productive with his time.  I helped him to select an opportunity to volunteer with City Harvest.  Once a week, he helped to distribute rescued food to those struggling to make ends meet. Filippo has been working hard to better himself while trying to find his path forward.

Filippo does well when he is around his support system, so being back in the UK with Ben, his beloved dog, Dolly, and other friends would be his best chance to make even more progress.  I

hope that you are persuaded to allow him the chance to thrive again.  The past fourteen months have already had a profound effect on him and those who care about him.

Thank you for considering this information in conjunction with Filippo's sentencing.

Sincerely,

Kim Klever