# EXHIBIT F

Michaela and Daniel Foster



Honourable Judge Colleen McMahon
United States District Judge
Southern District of NY
500 Pearl Street
NY, NY 10007

February 28th 20203

Dear Judge McMahon,

Re: Filippo Bernardini,

My name is Michaela, and I am writing on behalf of myself and my husband Daniel. I first met Ben when I moved to London, from working in a school in Madrid, in 2007. I answered an advert for a flat share and Ben and I quickly became close friends, choosing to spend our free time with each other; seeing the sights of London, eating in the best restaurants we could afford, and travelling the world. Ben was a huge part of our wedding in Italy in 2015.

I have been a chemistry teacher at a top independent day school in London since September 2007, and my husband is a Business Development Manager.

We met Filippo as soon as he came into Ben's life, around 7 years ago. We struck up an immediate friendship, bonding over our passion for food, especially Italian, and the fact that he made my best friend so happy. They are soul mates and our relationship with them now as a couple is a warm one. Filippo loves Ben wholeheartedly and they coexist to make each other happy. We have enjoyed many an evening with them over the years. The most memorable one is when we finally got introduced to their French bulldog, Dolly. She completed their family. As we live in the same development we used to enjoy watching the three of them in the park that sits between our flats. Hearing Filippo shouting Dolly repeatedly as she failed to fetch the ball is something we have really missed this last year. Ben is a shadow of his former self as he worries and frets over Filippos mental health. It has been really difficult to watch.

This is what brings me to write to you. Filiipo is a complex character; very shy and sometimes withdrawn in social situations. Since his arrest, and spending time in America, he is a shell of the man he once was. He is lost without the daily love and support of being with Ben in London. Filippo has recently been diagnosed v[redacted], and as someone that works closely with students with the same condition, the diagnosis really helped me to understand how confused Filippo has found his emotions at times. Additionally, how decision making is not as easy or straightforward for him, including understanding the consequences of his actions.

We sincerely hope that Filippo will be able to return home soon, to those that love and care for him. I know he is going to find it difficult to reintegrate and he will continue to have challenges ahead of him. He will be supported and guided along this journey by all of us close to him.

Thank you for taking our views into consideration.

Yours faithfully,

Michaela and Daniel Foster.