# EXHIBIT G



**Elaine and Harvey Kaye**

Honourable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

February 12, 2023

Dear Judge McMahon,

Re: Filippo Bernardini

My name is Elaine Kaye, and I am writing on behalf of myself and my husband of 50 years - Harvey. We are the proud parents of Benjamin Kaye, Filippo's partner. We are both 77 years old and we are retired. Before my retirement, I was a managing partner in a recruitment company based in London's West End called Rainbow. My company was successful because we always knew right from wrong and always tried to do the right thing, even if it was not always commercially advantageous. This is how I was brought up and what I hope we have instilled in Benjamin – our only son. My husband worked in retail for the first half of his career and then in administration for the second half. His ethical standards are as high as mine, that is why we work so well together and why we have been together for so long.

We have known Filippo for over seven years since his relationship started with our son. We live a ten-minute drive from the boys, and we see them almost daily. As their relationship has grown and blossomed our close bond with Filippo has also developed; and now we are pleased to say that he is like a second son to us.

We are devastated at what has transpired since January 2022, and we have seen (over video calls) the drastic detrimental effect that this experience has had on him – someone who was once so bubbly and vivacious has become so sad and withdrawn. We do not doubt that this is entirely due to the remorse and regret that he has for his misdeeds and his knowledge of how this has negatively impacted his victims and his loved ones. We also know that he misses his beloved Dolly – Filippo and Ben's French Bulldog. Dolly is like a child to them and being separated from Dolly is crippling for Filippo, over the last year we have seen how upset he gets about this. He tries to hide his sadness when we call but he doesn't do this very well, his character is a shadow of its former self.

We know that his life in the future will take time to adjust, but I can assure you that he will be surrounded by love and will be supported in whatever direction he decides to go in. We are also committed to helping him come to terms with his recent ▮▮▮▮▮▮▮▮▮ and assisting him in getting the support that he needs to further understand his condition to ensure that he has the fullest life possible.

Filippo is a shy, loving person and has always shown love for my husband, and me. When my husband was diagnosed with ▮▮▮▮▮▮▮▮, Filippo was the first to contact him to reassure him and try and make him feel better about his diagnosis. Over the last few years, I have had increasing issues with my ▮▮▮▮▮, and it's the little things that Filippo does for us that show his caring nature like coming to



visit, spending time with us, opening the car door, holding my hand and arm, and steadying me when I walk.

When I last came out of the hospital following a stay, my husband was not available at home and Filippo was the first to be there at 7 am to help me. Additionally, he cooks for us often – he is an amazing chef, and we love his food.

We miss Filippo terribly, but due to financial restraints and medical conditions, we have not been able to visit him in New York. However, we can assure you that he will be treated with lots and lots of love and be given help to achieve his goals.

We sincerely hope that he can return home to the UK soon and that is something that you will be able to facilitate. All we want is for Filippo, Ben, and Dolly to be reunited in their home and for us all to be together, we aren't getting any younger.

Judge McMahon, Filippo won't do well in jail.

Yours faithfully,



Elaine Kaye and Harvey Kaye

