# EXHIBIT I



Honourable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

February 25, 2023

Dear Judge McMahon,

Re: Filippo Bernardini

My name is Samantha Butcher and I am writing on behalf of me and my husband of almost 8 years –
Richard.

I am the 1st cousin of Benjamin Kaye life partner of Filippo Bernardini. Growing up, after my father
abandoned us when I was three years old, Ben, me and my sister Jemima were so close we were like
three siblings, this bond remain to this day.

I currently work at a school in a hybrid role as a teaching assistant and Emotional Literacy Support
Assistant ("ELSA"). The school was rated 'Outstanding' at their last national audit in 2022 and is the
school at which both my children (ages 6 and 4) attend.

Prior to this I spent 12 years working in the English National Health Service working my way through
the ranks to that of Senior Service Manager. I was managing critical care during the Covid-19
pandemic for King's College Hospital NHS Trust and I have always had a passion for helping and
caring for both adults and children alike.

My Husband Rich is the Head of Media Planning for a large US broadcast media company where he
has worked for over 12 years. We both pride ourselves on being honourable, trustworthy, kind and
compassionate people and parents. We are determined to instil in our children the same qualities.

We first met Filippo in 2016 when I was pregnant with my eldest daughter ▮▮▮▮ he instantly struck
me and my husband as a very warm, polite, loving and considerate young man who first held ▮▮▮▮
at four days old, and, since then Ben and Filippo have been a constant in the lives of both ▮▮▮▮ and
my second daughter ▮▮▮▮. Their beloved uncles Ben and Filippo!

When Filippo was first arrested in New York and Ben surrendered his passport to the US authorities
as part of the bond agreement, we took their dog Dolly until Ben got his passport back and returned
to the UK.  We FaceTimed every day so that Filippo and Dolly could see each other, it was
heartbreaking and we saw how physically moved Filippo was to not be able to be with the closest
thing he has to a child.

There are very very few people in the world that I trust wholeheartedly with my children and Filippo is one of them, he loves my girls and we all love him and miss him so very much. We have had a challenging year trying to explain to the girls where Uncle Filippo is and when he may be able to come home to see them and play with them again. It has been a traumatic loss for them, one which we have had to manage as best we can and we sincerely hope we can deliver the very best news to them about Filippo's return home to the UK soon enough. We FaceTime Filippo multiple times a week to try to keep his sprits up and alive but being so segregated from his UK family (which is what my entire family are to him) is visibly taking its toll on him.

I work within the additionally resourced provision at my school in which we have 20 children with ██████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ and his actions were that not of malice but those linked to his disorder which simply got out of control.  We are just glad that to our knowledge, no individuals suffered life changing losses, neither emotionally, physically or financially.

We are here to fully support him when he comes home and help him rebuild his life here. My girls just want their Uncle Filippo back.

Thank you for taking our views into account in Filippo's sentencing process.

Yours faithfully,



Samantha, Richard, ████████████ Butcher