# EXHIBIT J

March 2, 2023

Dear Judge McMahon,

My name is Mara Pantaleoni and I am Filippo's mother. I am employed as a surveyor and I have been doing volunteer work from the age of 18 until the present time.

Filippo was always a very curious child, always moved by a desire to know the world that surrounded him. So, he started to have his initial passions: after he had explored all games, then came the first picture books and he would make up the stories. Then, Disney cartoons – he has the entire collection, including their related books. Then, his first contact with the English language, in the form of a game.

During his path in pre-school, he discovered his passion for performing, which led him to take part in the historical reenactment performances that are held in our city, and he also participated in designing their scenography. At the age of four, he started to attend music school, first taking a propaedeutic course, and then studying how to play the transverse flute and piano. He would happily participate in concerts and recitals; he even played flute during his cousin's Baptism ceremony, in addition to choosing the pieces. His passion for reading also led him to know the entire Harry Potter collection. When the first book was published, his dad took him to Rome for the book launch – he was in seventh heaven.

Filippo has always been polite, respectful of others, and he has always established good rapports with others, in both the social and school milieus. He would be invited to every party by friends and fellow-students; they would often invite him to do their homework together. When one of his peers was absent in class, he would make sure to give her/him the photocopies of the day's lessons.

Filippo has also always been very sensitive. If something was wrong, he would worry and wanted to be informed. If someone asked him for help at home, he would never back down. This was especially true in this case of his great-grandmother, because he enjoyed listening to her stories from the olden days. I will never forget when the Euro took effect; Filippo's great grandmother started to panic and, at the age of 90, she could not understand the value of that currency. Filippo, who was only about 7 years-old at the time, gave her some classes using the same method his teacher had used with him. It was a success.

He decided on his own to enroll in a *Liceo* [similar to high school]. He was very good at integrating in a new environment without any of his friends in it. But thanks to his personality, he established a good rapport with everyone and helped a girl with a disability.

Even to date, when I happen to run into his teachers, they ask for news about him and always

remember him fondly.

Eventually, Filippo left our small town to go to Milan for college, and then to London. I'm sure he faced a myriad of problems, but he was able to find the solution on his own. When he left home, he did not know how to cook; in fact, I would give him recipes over the phone. But when he would come back home, he was the one teaching me new recipes.

Ever since Filippo's case began, I have been very agitated and distressed. In the last 14 months, my life has completely changed. My thoughts are always with my son. If Your Honor has children, I hope you can put yourself in my shoes. These months, spent alone in New York, with no friends or family around, have been his punishment. He experiences alone all his uncertainty of what will happen next. He worries about how his case affects me, and especially his father and his grandparents, who have health issues. Filippo has always been very close with his grandparents, my parents, and they are getting older. We haven't seen him since July 2021, almost two years ago.

I believe in these 14 months, he must have already learned a lesson, that he made a mistake and he cannot do it again. If he's incarcerated, I cannot even think about what would happen. I've tried to make myself strong, but during the holidays, I broke down. His father and I both have not been able to sleep at night. We are always up, worried and anxious. Please find a way to send him back home. I just want him to hug him as soon as possible.

My son is a good person who has always tried to help people. He is a unique person, and I love him immensely. I ask Your Honor to please show him leniency.

Mara Pantaleoni

2 marzo 2023

Gentile Giudice McMahon,

Mi chiamo Mara Pantaleoni e sono la mamma di Filippo.

Sono geometra di professione, e fin dall'età di 18 anni, e ancora oggi, mi dedico anche al volontariato.

Filippo è stato un bambino sempre molto curioso e con la voglia di conoscere il mondo che lo circondava. Così ha iniziato ad avere le sue prime passioni. Dopo avere esplorato tutti i giochi, sono arrivati i primi libretti con le figure e si inventava la storia, poi i cartoni Disney, ha tutta la collezione con i relativi libri, l'approccio con l'inglese sotto forma di gioco.

Durante il percorso della scuola materna ha scoperto la passione della recita che l'ha portato a fare rappresentazioni durante le Rievocazioni Storiche che si svolgono nella nostra città, partecipando anche alla stesura della scenografia.

Dall'età di 4 anni ha cominciato a frequentare la scuola di musica, prima facendo il corso di propedeutica, per poi studiare per suonare il flauto traverso e il pianoforte, volentieri partecipava a concerti, saggi e anche durante la cerimonia del Battesimo di sua cugina ha suonato il flauto scegliendo anche i brani. La sua passione per la lettura l'ha portato anche a conoscere tutta la collana di Harry Potter. Quando uscì il primo libro, il papà lo accompagnò a Roma alla presentazione, era al settimo cielo.

Filippo è stato sempre educato, rispettoso degli altri, instaurando sempre un buon rapporto con le persone, nell'ambito scolastico e sociale. Veniva invitato a tutte le feste degli amici e dei compagni e lo chiamavano spesso per fare i compiti insieme. Quando c'era qualche alunno assente si preoccupava per fargli avere le fotocopie della lezione del giorno.

Filippo è stato sempre anche molto sensibile. Se qualcosa non andava si preoccupava e voleva essere informato. In casa non si è mai tirato indietro se qualcuno gli chiedeva un aiuto. Ciò era particolarmente vero nel caso della bisnonna, perché si divertiva ad ascoltare le storie del passato. Non dimenticherò mai quando entrò in vigore l'euro;

la bisnonna di Filippo entrò nel panico e, all'età di 90 anni, non riusciva a capire il valore della moneta. Filippo, che aveva solo circa 7 anni, le fece diverse lezioni con la stessa modalità che usò la sua insegnante, è stato un successo.

Da solo ha fatto la scelta del Liceo. È stato molto bravo ad inserirsi in un ambiente nuovo senza avere nessuno dei suoi amici. Ma con il suo carattere ha instaurato un buon rapporto con tutti e aiutato una ragazza con disabilità.

Ancora oggi se mi capita di incontrare le sue insegnanti, mi chiedono notizie e lo ricordano sempre con tanto affetto.

A un certo punto, Filippo lasciò la nostra piccola città per andare all'Università a Milano, e poi a Londra. Sono certa che abbia affrontato mille problemi, ma da solo è riuscito a trovare la soluzione. Quando se ne è andato da casa non sapeva cucinare; infatti, gli davo le ricette per telefono. Ma poi quando tornava a casa era lui che mi insegnava ricette nuove.

Da quando è iniziato il caso giudiziario di Filippo sono molto agitata ed angosciata.
La mia vita è completamente cambiata negli ultimi 14 mesi. I miei pensieri vanno sempre a mio figlio. Se lei, Vostro Onore, ha dei figli, spero si possa mettere nei miei panni. Questi mesi passati da solo a New York, senza amici né parenti vicino, sono stati la sua punizione. Vive da solo con tutta l'incertezza di cosa gli succederà. Si preoccupa di come il suo caso giudiziario si ripercuota su di me e soprattutto sul padre e i nonni, che hanno problemi di salute. Filippo è sempre stato vicino ai nonni, i miei genitori, e loro stanno invecchiando. Non lo abbiamo visto dal luglio del 2021, quasi due anni fa.

Credo che in questi 14 mesi abbia già imparato la lezione, sa che ha commesso un errore e non può più commetterlo. Se fosse incarcerato – non posso nemmeno pensare cosa potrebbe succedere. Ho cercato di farmi forte, ma durante le feste di Natale sono crollata. Sia io che suo padre non riusciamo più a dormire di notte. Ci svegliamo a tutte le ore, preoccupati ed ansiosi. La prego, trovi il modo di farlo tornare a casa. Voglio solo abbracciarlo prima possibile.

Mio figlio è una brava persona che ha sempre cercato di aiutare gli altri. É una persona unica, e gli voglio un mondo di bene. La prego, Vostro Onore, sia clemente.

Mara Pantaleoni