# EXHIBIT K

February 19, 2023

Judge McMahon,

I humbly address you in view of the final hearing of the criminal case against my son, Filippo Bernardini. This action is simply the voice of a father who, since 01.05.2022, the day his son was arrested, has been suffering and praying. Now, he has hopes for the future.

Filippo's childhood was definitely troubled due to the separation and divorce of his parents, Ms. Mara Pantaleoni and me. Even though we were always close to him and made sure he never wanted for anything – first and foremost, parental love – the breaking of our marital union negatively affected his psychological state, confidence, and the building of his own identity. I must mention that he might have perceived himself as a child pulled in two directions. Still, I can openly say that he has been a good and generous boy.

He was always meticulous in his studies and exceedingly deliberate when performing his tasks. As all children are, he was fascinated by Walt Disney cartoons, of which he scrupulously kept the entire collection, welcoming their messages of kindness, tenderness, friendship, harmony, and conviviality.

Already as a little boy, he developed a marked cultural curiosity. As it is typical with children, he would continuously flood me with many 'whys.' For instance, once, I was impressed when, at a very young age, intrigued, he asked how come so many different languages, instead of only one, existed for the entire humankind. Therefore, he was very soon attracted to foreign languages, particularly to the English language – an avid reader of English literature since adolescence.

Filippo was absolutely intolerant of acts of injustice, whether big or small. More than once, his schoolteachers remarked that he had always been acting in defense of the smallest and defenseless, especially if those were persons with disabilities. He hated violent acts and bullying: when he was 15-16 years old, he wrote a book denouncing bullying, which was published by Mursia Publishing House in Milan.

He was a very generous boy: children are inclined to jealously protect their own things, and certainly Filippo was no exception, doing so even in an obsessive manner. However, depending on the circumstances, he was capable of selflessly giving his time and energy to his friends and others in general. Such inclination has become further prominent with age.

Sometimes, Filippo would keep me in the dark about his feelings. I do not know if he acted that same way with his mother. Probably, the wounds left by our divorce made his character introverted, with little inclination to share his intentions and projects. However, that which filled me with joy was not only his successful scholastic performance, but also his smile. No matter what, he would smile very often, because he always was – and still is – certain that we have always loved him. We have always accepted him the way he was – and is – with all his strengths and weaknesses.

I repeat: Filippo has always been a good, kind, and generous person. I do not know what led him to do what he did. I do know the charges against him in detail. I can make a consideration in all certainty: Filippo is not a criminal. He does not have the habitus of a criminal. He never intentionally meant to hurt anyone.

In conclusion, I sincerely thank you, should you take into consideration, even minimally, this simple letter. When rendering a decision about Filippo, I hope you will find that justice at its highest expression is found in mercy.

With deference,

Dott. Piero Bernardini

19 febbraio 2023

Vostro Onore McMahon,

Mi permetto, umilmente, di rivolgermi ad Ella, in vista delle udienze finali del processo penale a carico di mio figlio, BERNARDINI FILIPPO. Tale gesto e' semplicemente la voce di un padre che, dal 05.01.2022, giorno dell'arresto del figlio, ha sofferto e pregato. Ora spera per il futuro.

Filippo ha trascorso un'infanzia sicuramente tormentata a causa della separazione e del divorzio dei suoi genitori: il sottoscritto e la sig.ra Pantaleoni Mara. Malgrado gli fossimo stati sempre vicini e non gli avessimo fatto mancare nulla, in primis l'amore genitoriale, la rottura del vincolo matrimoniale ha inciso negativamente sulla sua psicologia, la sicurezza di sé, la costruzione della propria identità. Non escludo che si sia percepito come un bambino conteso. Tuttavia, posso dire apertamente che è ed è stato un ragazzo buono e generoso.

E' stato sempre meticoloso negli studi, oltremodo preciso nei suoi doveri. Come tutti i bambini, era affascinato dai cartoons della Walt Disney, dei quali conservava gelosamente tutta la collezione, condividendo i messaggi di dolcezza, tenerezza, amicizia, simpatia e giovialità.

Fin da piccolo ha sviluppato una spiccata curiosità culturale. Tipico dei ragazzi, mi inondava continuamente di tanti "perché". Una volta, ancora bambino, ad esempio, rimasi colpito quando, incuriosito, mi chiese come mai esistessero tante diverse lingue, invece di una soltanto per tutto il genere umano. E' stato, perciò, attratto molto presto dalle lingue straniere, in particolare dalla lingua inglese. Lettore fin dall'età adolescenziale della letteratura inglese.

Filippo era assolutamente insofferente nei confronti delle ingiustizie, piccole o grandi. A scuola, più volte i professori mi hanno sottolineato come prendesse sempre le difese dei più piccoli e dei più indifesi, specie se portatori di handicap. Odiava gli atti di bullismo e violenti: All'età di 15-16 anni, contro il bullismo ha scritto un libro denuncia, pubblicato dalla casa editrice Mursia di Milano.

E' stato un ragazzo molto generoso: i bambini hanno l'inclinazione a difendere gelosamente le proprie cose, e certo Filippo non sfuggiva a tale regola, anche in maniera ossessiva. Tuttavia, a seconda delle circostanze, era capace di spendersi disinteressatamente per gli amici e gli altri in genere. Tale propensione si è ulteriormente accentuata con l'età.

A volte mi nascondeva sentimenti. Non so se avesse avuto con la mamma lo stesso atteggiamento. Probabilmente, le ferite del divorzio hanno reso il suo carattere schivo. Poco incline a condividere le proprie intenzioni e progetti. Peraltro, ciò che mi riempiva di gioia non era soltanto l'alto rendimento scolastico, ma il suo sorriso. Sorrideva, malgrado tutto, molto spesso, perché aveva ed

ha la certezza che gli abbiamo sempre voluto bene e gli vogliamo bene. Lo abbiamo accettato per come era ed è. Con tutti i suoi pregi e difetti.

Ripeto: Filippo è stato ed è un ragazzo bravo, buono e generoso.

Non so che cosa lo abbia spinto a fare ciò che ha fatto. Non conosco fino in fondo i capi di imputazione che pesano su di lui. Mi auguro che, nel corso del procedimento, molte accuse a suo carico possano venire meno. Una considerazione la esprimo con certezza: Filippo non è un delinquente. Non ha l'habitus costituzionale del delinquente. Non ha voluto intenzionalmente nuocere ad alcuno.

Avviandomi alla conclusione, La ringrazio sentitamente qualora volesse prendere, pur in minima considerazione, questo mio semplice scritto.

Nel giudicare Filippo, spreo che Vostro Onore riuscirà ad avverare il principio che la giustizia trova la sua più alta espressione nella misericordia.

Con deferenza,

Dott. Bernardini Piero