# EXHIBIT M

Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Milan, 03.08.2023

Dear Judge McMahon,

I am Eva Fumagalli, and Filippo Bernardini is my dear friend. I am thirty years old; I live and work in Milan, Italy. I am the personal assistant to the Chief Executive Officer of the foundation for which I work. This foundation deals with nutrition in connection with longevity and the prevention of cancer, diabetes, cardiovascular problems, and obesity. I have always been fascinated by the non-profit realm and the possibility of helping others in order to make their lives a little better.

I have earned two *Lauree* [Master's degrees equivalent], one in Languages and one in Political Sciences, from the University of Milan, where I met Filippo.

Filippo and I met around 2011, in an International Relations class. Right away, I found Filippo to be an outgoing, sociable, affable, sarcastic, very intelligent, and pragmatic person. From that moment on, we started to see each other on a daily basis, when our classes permitted it, and to share our mutual interests, starting with our love for foreign languages and passion for international relations.

I shared many moments with Filippo: we spent hours in the library or in the reading halls in order to better prepare for our exams. I undeniably admired him for his outstanding studying skills and his ability to learn material quickly. He was always willing to help me, to lend me his notes or to explain particularly difficult concepts to me. We often took our exams at the same time, and then we would spend time together during the down time that followed. He would act with others in the same way he acted with me, offering his help to whomever needed it most. I clearly remember the day I spent in the library with Filippo and another young woman who was studying Chinese with him. He dedicated his time to help her with Chinese for the entire afternoon, even though that meant neglecting to prepare for the exam we were to take the following week.

Filippo always strived to achieve his goals and carry out his tasks in an extremely resolute, timely, and precise manner. He earned his *Laurea* with highest honors, receiving a commendation from the faculty.

However, I don't want to recall only his generosity at the intellectual level. Filippo is an extremely sensitive, vulnerable person who suffered a great deal because of his parents' separation. You might not perceive that when meeting him for the first time, but, if you took the

time, you would discover a big heart buried deep inside of him, ready to help others. He has always been ready to listen to me when I would feel the weight of what I was going through, whether because of family issues or matters of the heart. He is an empathic person who knows how to relate to the predicaments of others. I don't know how I would have managed without him during my darkest hours! He has the gift of making you smile with his irony and self-deprecating humor.

After college, Filippo decided to move to London to continue his studies in a more in-depth manner, while I stayed in Milan. I was very sorry when I learned he was going to live somewhere else! Yet, fortunately, we kept in touch, updating each other on the latest news. He was happy to breathe fresh air and be able to enrich his knowledge both at the human and intellectual levels. I was very happy when, in 2016, I joined him in London for the most beautiful New Year's celebration I have ever experienced! He showed me the city, he was a real gentleman, taking me to wonderful places, taking me out for dinner, introducing me to the sites that were dearest to his heart, and even booking the hotel for me. We enjoyed our days together after several years without seeing each other.

The generosity, benevolence, and affection he showed me became evident again when I was going through an extremely hard time. In February 2020, my sister Viola and I went to London for three days because Viola was going to relocate there for work shortly afterwards. During those days, Viola most likely contracted COVID and started to feel very sick. On the day we were supposed to travel back, all flights were cancelled due to a very severe storm; we needed urgently to go back to Italy for work-related reasons but mostly because Viola was sick. Filippo and his companion, Ben, volunteered to take us in for the night and to gift us their Avios (an airlines reward currency) for us to go back to Italy on the first available flight. They organized our taxicab transfers and took care of my sister. I can still vividly remember the moment we entered their home and Filippo was preparing a hot soup and setting up our bed. We will never cease to be grateful to them for their help! During those moments, Filippo managed to calm me down, to make me see things in the most positive way, to reassure me that we would be going back to Italy soon. Filippo has been, and continues to be, a real friend, a shoulder to lean on, and one who makes you feel reassured.

I also clearly remember his love of cooking: he would often prepare delicious cookies and salty snacks for me and my fellow college students – exquisitely packaged. We adored the fact that he would bring us those cute gifts!

Filippo is a sincere person; he displays integrity with his loved ones and in his way of living; he has so much to offer and he makes himself available to help others. Initially, he may appear to be a closed-off person, but he is not so at all. I can only thank him for having been there for me during my hard times, for having taught me to love different languages and cultures, for having urged me to cultivate my interests by giving me excellent advice (for instance, about which

course of studies I should pursue for my second *Laurea*), and for having shared very beautiful moments with me, such as my first *Laurea* and its ensuing party). He has always kept my secrets and listened to me, never judging.

I strongly believe that he has understood the mistakes he has made and will not repeat them. He surely will find a way to make himself useful to society, offering that which he knows how to do best: cooking and learning and teaching languages. Therefore, he will be able to put to use all he has learned in favor of the community and to make those around him happy. Additionally, I think that these events have led Filippo to better understand the lights and shadows he has inside, his own personality edges to be softened, the personal and intimate hurdles he has to overcome in order to improve himself and feel better about himself, maybe through the aid of a therapist.

We all make mistakes. Some are more serious than others, but we all have the right to a second chance. Filippo has so much to give to others and I am sure he will not miss any more opportunities to prove it.

Filippo is a truly good and kind person, a dear friend, a loyal and sincere confidant, who loves what he does and those around him and who is full of life.

Eva Fumagalli

Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Milano, 08.03.2023

Vostro Onore,

sono Eva Fumagalli e Filippo Bernardini é il mio amico caro. Ho 30 anni, vivo e lavoro a Milano, in Italia. Sono assistente personale dell'Amministratore Delegato della Fondazione presso la quale lavoro. Questa fondazione si occupa di nutrizione legata alla longevità e alla prevenzione di malattie quali tumori, diabete, problemi cardiovascolari e obesità. Sono sempre stata affascinata dal mondo no-profit e dalla possibilità di aiutare gli altri, rendendo la loro vita un poco migliore.

Ho due lauree, una in lingue e una in scienze politiche, conseguite presso l'università di Milano, dove ho conosciuto Filippo.

Io e Filippo abbiamo avuto modo di conoscerci nel 2011 circa, durante una lezione di relazioni internazionali. Fin da subito ho trovato che Filippo fosse una persona aperta, socievole, simpatica, sarcastica, molto intelligente e pragmatica. Da quel momento abbiamo iniziato a vederci quotidianamente, lezioni permettendo, per condividere insieme gli interessi comuni, a partire dall'amore verso le lingue straniere e la passione verso le relazioni internazionali.

Con Filippo ho condiviso tanti momenti: ore passate in biblioteca o nelle sale studio, al fine di prepararci al meglio agli esami. Non nego la mia ammirazione nei suoi confronti per le spiccate doti di studio e la capacità di apprendere in fretta i contenuti. Ha sempre avuto voglia di aiutarmi, di prestarmi gli appunti presi o di spiegarmi concetti particolarmente difficili. Spesso e volentieri abbiamo sostenuto esami insieme e abbiamo poi condiviso le ore di relax a seguito di questi. Il comportamento che riservava a me lo teneva anche con le altre persone, aiutando chi aveva più bisogno. Ricordo perfettamente un giorno in biblioteca passato con lui e un'altra ragazza che studiava cinese insieme a Filippo. Le ha dedicato l'intero pomeriggio per aiutarla con il cinese, tralasciando lo studio dell'esame che avevamo insieme la settimana successiva.

Filippo ha sempre portato avanti i propri obiettivi e i propri compiti con estrema determinazione, puntualità e precisione. Ha conseguito la laurea con il massimo dei voti e l'encomio dei professori.

Di Filippo però non voglio solo ricordare la generosità intellettuale mostrata. Filippo è una persona estremamente sensibile, delicata e che ha sofferto molto, a causa della separazione dei suoi genitori. Forse, a prima vista, ciò non si direbbe ma, scavando a fondo, si scopre di lui un cuore grande e pronto ad aiutare gli altri. Ha avuto sempre voglia di ascoltarmi nei momenti per me più pesanti, legati a motivi famigliari o problemi di cuore. È una persona empatica e che sa immedesimarsi nelle situazioni altrui. Senza di lui, in momenti un po' bui, non avrei saputo come fare! Ha la capacità di strappare un sorriso alle persone con ironia e cinismo.

Finita l'università, Filippo ha deciso di trasferirsi a Londra per proseguire in maniera più approfondita i suoi studi mentre io sono a rimasta a Milano. Mi è molto dispiaciuto sapere che si sarebbe trasferito altrove! Fortunatamente però abbiamo continuato a sentirci, aggiornandoci sulle ultime novità. Era molto contento di respirare aria nuova

e poter ampliare le sue conoscenze, umane e intellettuali. Sono stata molto contenta di averlo raggiunto a Londra per il Capodanno più bello che io abbia mai trascorso, nel 2016! Mi ha mostrato la città, è stato un vero gentiluomo, portandomi in posti meravigliosi, offrendo le cene, facendomi conoscere i luoghi a lui più cari, prenotandomi lo stesso hotel. Ci siamo goduti i giorni insieme dopo diversi anni che non ci vedevamo.

La generosità, la benevolenza e l'affetto che ha nei miei confronti si sono nuovamente mostrate in un momento di estrema difficoltà per me. A febbraio 2020 io e mia sorella Viola ci siamo recate a Londra per 3 giorni in quanto Viola a breve si sarebbe lì trasferita per lavoro. Durante quei giorni, Viola probabilmente ha contratto il covid e ha iniziato a stare molto male. Il giorno del rientro, a causa di una fortissima tempesta, sono stati cancellati tutti i voli e noi avevamo estrema esigenza di rientrare in Italia, sia per lavoro ma soprattutto perché Viola stava male. Filippo e il suo compagno, Ben, si sono offerti di ospitarci a casa loro per la notte e di regalarci le loro avios (valuta usata da programmi di compagnie aree) per poter rientrare in Italia con il primo volo disponibile. Hanno organizzato gli spostamenti in taxi e si sono presi cura di mia sorella. Ricordo ancora con precisione quando siamo entrate in casa loro e Filippo ci stava preparando una zuppa calda e stava sistemando il nostro letto. Non finiremo mai di essere loro grati per l'aiuto datoci! In quei momenti Filippo è riuscito a calmarmi, a farmi vedere le cose nella maniera più positiva possibile, a rassicurarmi che saremo presto rientrate in Italia. Filippo è ed è stato un vero amico, una spalla su cui appoggiarmi e sentirmi rassicurata.

Ricordo benissimo anche il suo amore per la cucina: a me e alle mie compagne di università preparava spesso biscotti deliziosi e cose salate, impacchettate in una maniera deliziosa. Adoravamo che ci portasse questi regalini!

Filippo è una persona sincera, onesta negli affetti e nel suo modo di vivere, piena di cose da offrire e disponibile con tutti. Potrebbe inizialmente sembrare una persona chiusa ma non lo è affatto. Devo ringraziarlo per avermi aiutata in momenti difficilissimi per me, di avermi insegnato l'amore per le lingue e le altre culture, di avermi spronata a coltivare i miei interessi, dandomi degli ottimi suggerimenti (ad esempio, quale facoltà scegliere per la seconda laurea), di aver condiviso con me momenti molto belli, come la mia prima laurea e la festa che è seguita. Ha sempre saputo mantenere i miei segreti e ascoltarmi, senza mai giudicare.

Sono fermamente convinta che abbia capito gli errori commessi e che non li ripeterà. Avrà sicuramente modo di rendersi utile alla società, offrendo ciò che di meglio lui sa fare: cucinare e imparare e insegnare le lingue. Avrà modo, dunque, di mettere in campo tutto ciò che ha appreso per la comunità e per rendere felici chi ha attorno. Ritengo inoltre che questa vicenda abbia potuto far conoscere a Filippo stesso luci e ombre di sé, spigoli caratteriali da smussare, scogli personali e intimi sui quali lavorare, per migliorarsi e per stare meglio con se stesso, magari con l'aiuto di un terapeuta.

Tutti commettiamo degli sbagli, chi più e chi meno gravi, ma abbiamo tutti diritto a una seconda possibilità. Filippo ha tanto da dare alle altre persone e sono sicura che non perderà più opportunità per dimostrarlo.

Filippo è una buona e brava persona, un caro amico, un confidente, leale e sincero, che ama ciò che fa, chi ha accanto e pieno di vita.

Eva Fumagalli

*[signature]*