**Subject:** Please stop commiting fraud
**From:** ██████████████████
**Date:** 8/3/2017 4:11 AM
**To:** ██████████████████████

Hello ██████

Probably not your real name since your using a fake phone number, mail etc.  as well.
Stop pretending being one of our colleagues by using the mail domain ██████████. You're not a publisher and have no intensions to publish our manuscripts in a proper way.
Why did you register █████████████ anyway?
I've asked your registrar to end the registration of ████████ █ because of the fraud you try to commit.


Vriendelijke groet,

FW: ███████ ███

**Subject:** FW: ████████████
**From:** ██████████████████
**Date:** 8/11/2017 7:36 AM
**To:** ████████████████████████

Hey Mr. Impostor,

This is getting tiresome. Everybody has sussed out by now that you are fishing for files, and illegally impersonating me. You don't even do it in style. At first it was even amusing but if this continues, I'm just going to turn all the correspondence over to Israel Police, cyber unit. We know where you bought the domain from, and we have the address in London to which it is registered. It shouldn't be too difficult to reach you.

So, I'm asking nicely. Go find someone else in the business to impersonate, or preferably DO SOMETHING NICE FOR SOMEONE.

██

---

**From:** ████████████████████████
**Sent:** Friday, August 11, 2017 11:27 AM
**To:** ████████████████
**Subject:** FW: █████████ ████

He's found me now!

---

**From:** ██████████████████
**Sent:** 10 August 2017 11:38
**To:** ████████████████████
**Subject:** ██████████ in Israel

Dear █████,

I hope this finds you well.

Following my conversation with ███████, I am interested in knowing whether the Hebrew rights of ████████████ are available. I know she has a new novel, ████████, and we might start from this one.

Can you please tell me more?

With my best wishes,

████████

**Subject:**    Impersonation of ████████ (CEASE AND DESIST AND DEMAND TO DESTROY DOCUMENTS)

**From:**    ████████████████████

**Date:**    4/11/2018 8:02 PM

**Attachments:**  📄 4.11.2018 - Cease and Desist Identity Fraud, Demand to Destroy Documents....pdf

**To:**    ████████████████████████████████

To Owner of the ████████ Domain Address,

I am litigation counsel at ████, parent company of ████████████████ It has come to my attention that you have been fraudulently impersonating ████ personnel in an attempt to gain access to confidential ████ client information and documents.  Please see the attached letter and respond immediately to confirm you will (1) cease and desist from any further impersonation of ████ personnel, and (2) immediately destroy any and all ████ client documents in your possession or control.  We are prepared to report your fraudulent activities to criminal justice authorities and to initiate formal legal action against you related to the same.

Sincerely,

████

████████
████████
██████

███████████████

April 11, 2018

**VIA EMAIL**



**Re:  CEASE AND DESIST IDENTITY FRAUD AND DEMAND TO DESTROY MATERIALS**

To Owner of Email Addresses at the ██████████████████

I am Litigation Counsel at ████████████████████████████████████████ ████████  It has come to my attention that you have been sending emails from the above email addresses falsely claiming to be ████████████████████ (specifically ████████ and ████████████)      Through these emails, you have not only fraudulently usurped ████ personnel identities, you have also sought and unlawfully obtained confidential ████████ information and documents.  As you know, your elaborate impersonation attempts are clearly fraudulent and illegal, engendering both civil and criminal liability. ████████ hereby demands that you cease and desist sending emails from an ████████ (including but not limited to the two addresses above), whether to ████ personnel or any other party. ████████ also hereby demands that you correct the record with any individuals with whom you have been or are currently in contact, informing them that you are in no way affiliated with or employed by ████ Finally, ████████ demands that you immediately destroy any ████ or client-related materials that have come into your possession, whether through these fraudulent emails or otherwise.  We are exploring all rights and remedies available to ████ its personnel, and its clients, including formal legal action.  We also will not hesitate to report your illegal conduct to criminal justice authorities if it does not immediately cease.

As for your specific identity theft and fraud, ████████ has evidence that on April 11, 2018 you sent emails impersonating ████████████████████ personnel ████████████████████ to persons including ████████████████ assistants.  These emails attempted to mimic the form of authentic emails sent from an ████████████████████ email address (including a picture of the purported sender) and requested materials related to various ████████ including ████████████████████████  As you well know, your misrepresentations (claiming to be ████████████████████ are completely fraudulent and constitute fraud, false association, misappropriation, identity theft, and various other violations under federal and state law, exposing you to severe civil and criminal penalties.

███████████████

██████████████████████

Further, it is my understanding that your fraudulent communications deceived at least one ████████ employee to such extent that the employee (in reliance on your misrepresented identity) sent to you client documents, specifically a ██████████████████████ manuscript (the "██████ Client Manuscripts").  By this letter, WME puts you on notice that the ██████ Client Manuscripts in your possession are highly confidential and your failure to immediately destroy these documents (obtained through false pretenses), as well as any dissemination of those documents, will expose you to severe civil and criminal penalties.

For the foregoing reasons, ██████ demands that you immediately: (1) cease and desist from sending any emails from the ██████████ domain; (2) cease and desist from misrepresenting that you are a ██████ employee, partner, or agent;  (3) cease and desist from impersonating ██████████, or any other specific ██████ employee, agent, or partner, whether via email or through any other medium; (4) correct the record with anyone with whom you have been in contact to make clear that you are not ████████ ██████████, or any other person affiliated with ██████; and (5) immediately destroy any and all copies of ██████ client materials in your possession or control. We will be following up to ensure that you have complied with the demands of this letter.

Please contact me immediately at the contact information below to acknowledge your receipt of this letter and to confirm that you will take the actions above. If you fail to do so, ██████ will not hesitate to report your fraudulent conduct to criminal justice authorities.  ██████ will also not hesitate to initiate formal legal action to protect the rights and reputations of its personnel and clients.  Notwithstanding any of the foregoing, and in the event that this matter is not resolved immediately, ██████ hereby expressly reserves all rights and remedies at law and equity.

Sincerely,

████████████████████

██████████████

Enclosures:
- 4.11.2018 Email from ████████████████ email address;
- 4.11.2018 Email from ████████████████ email address.

██████████████████████

**Subject:** CEASE AND DESIST
**From:** ██████████████████████ >
**Date:** 10/18/2018 10:12 AM
**To:** "██████████████████████ >

You need to stop impersonating me. Everyone has been warned that you are a phisher, and we're contacting authorities.

**Subject:** Re: ████████
**From:** ████████████████████████
**Date:** 3/12/2019 4:23 AM
**To:** ████████████████

Dear ██,

Please resend me the request you received from me. There must be a mispelling in the address otherwise they hacked my account which would be worse.
What don't you send the unedited ms to ████████ ?
She has not suffered such piracy.
Looking forward to receiving it.
All best,
██

Envoyé de mon iPhone

Le 12 mars 2019 à 08:21, ████████████████ a écrit :

> **Dear ████████,**
>
> **As I thought! This is so annoying!!! Anyway, I can send you the unedited ms, but how can I make sure it's really you? Maybe can you resend me the extract I sent you weeks ago just to confirm it's you?**
>
> **So sorry about this inconvenience.**
>
> **Best wishes,**
> ██
>
>> Dear ██
>>
>> I am really sorry to understand the frauder is back. You may have heard of this fraud that is affecting many of us. Can you resend me the request? The address must be similar but not exactly the same.
>> I did not receive ██ manuscript though.
>> Just an extract you sent me weeks ago.
>> I hope we can clear that up soon. Our law department has initiated a case last year but these people are hard to grasp...
>> Looking forward to seeing you in Jerusalem in May.
>> All my best,
>> ██

Envoyé de mon iPhone

Le 12 mars 2019 à 08:01, ████████████████████ > a écrit :

**Dear** ████████

**I have received this request from you and I'm checking to see if it's really YOU and not a phishing attempt. Did you ask yesterday for the manuscript of** ████████████ **? Didn't I send it to you already???**

**Please confirm if you requested it yesterday.**

**Best wishes,**
██

Re: ███████████

**Subject:** Re: SV: SV: SV: ███████████
**From:** ████████████████████████████████ >
**Date:** 4/26/2019 11:13 AM
**To:** ███████████████████████████

Sorry. I can't send until Monday; and only 67 pgs.

Sendt fra min iPhone

Den 26. apr. 2019 kl. 16.47 skrev ████████████████████████ >:

> Dear ████████
>
> Thank you for letting me know! It's great to hear it.
>
> I'm not sure if you sent me these promised pages. I haven't received anything so far and it could be because the file might be too big?
>
> I look forward to reading it soon!
>
> Best,
> ███████
>
>> Dear ████████
>>
>> We have been allowed to share 67 pgs with you. I'll scan soonest.
>>
>> My best,
>>
>> ███████

**Fra:** ████████████████████████

**Sendt:** 25. april 2019 16:14

**Til:** ████████████████ DK - ████████████████████████

**Emne:** Re: SV: SV: ██████████

Hi ████████

Don't worry then, I understand! Again with this hacking thing??? Why did you say that you would need to scan it, though? Is it via a link and it's view only and you can't download it?

If things change, please let me know! As I said, I'm happy to read just the first few chapters!

████████

> Hi ████████
>
> I know you wouldn't. I have just been informed that the email hackers are back and ████████
> ████████ urges us to communicate only on phone/text and no emails.
>
> I simply don't have the guts to scan to you the material, however much I would like to. As

soon as the situation changes you'll be the first to know 😊

So sorry.

███████

**Fra:** ████████████████████
**Sendt:** 24. april 2019 15:37
**Til:** ████████████████████████████████ >

**Emne:** Re: SV: ████████

Dear ████████

I understand and I imagined so. Obviously I wouldn't share it with anyone, and now that I think of it, just the first few chapters will do. What do you mean the document is 100% secured? Is it password protected or is it just watermarked?

Thanks,

████

Dear ████

I think it is really a problem since the NDA I signed is like death penalty consequences…

On Monday we receive the finished pdf for translation.

It would be a scan in any case since the document is 100% secured. I'll give it another thought and let you know when I am in the office tomorrow.

Sorry about this.

██████████

**Fra:** ████████████████████████████

Case 1:21-cr-00458-CM   Document 38-1   Filed 03/17/23   Page 15 of 35



**Sendt:** 24. april 2019 12:41
**Til:** █████████████████████████ >
**Emne:** Re: ███████████

Hi ████████

I suppose you can't share the ms with me confidentially? I promise I won't share it with anyone. I'm just curious to read it. Thanks.

Best,
████

Hi ████

I certainly did. Hope you did too.

I received and read - it's really good.

Translatable files will be available April 29th.

We hope to publish in the fall.

My best,

██████████

Sendt fra min iPhone

Den 23. apr. 2019 kl. 12.51 skrev ███████
███████████████>:



Hi ███████

I hope you had a nice break! Have you received The Testaments at the end? I know it was delivered already.

All best,

████

**Subject:** ██████████████ + Phishing alert update
**From:** ████████████████████████████████████████ >
**Date:** 4/26/2019 4:15 AM
**To:** ████████████████████████████

████████████

Thank for the update.
Is 2 factor authentication still advisable?
Is delivery of final manuscript still Monday 29th April?

My best,
████████

---

**Fra:** ████████████████████████████
**Sendt:** 26. april 2019 09:37
**Til:** ████████████████████████████████
**Emne:** ████████████ + Phishing alert update

Dear Friends,

Yesterday we informed you that a group of hackers tried to gain access into our system and steal important information.

Our IT team has finally managed to locate their server and managed to block them before they created any problem. It looks like everything has got back to normal and we can be safe for a while. Just a pieace of advice: change your password.

After discussing it with my team, we have also agreed that you are allowed to share with your colleagues (marketing, sales, etc) **only the first 67 pages of the first version of the manuscript** just to give them an idea of the novel.

Thank you. And until next week...happy weekend!

All best,
████████

██████████

██████████

██████████

██████████

██████████████

This message (including any attachments) contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient you should delete this message and you are hereby notified that any disclosure, copying or distribution of this message, or the taking of any action based upon it, is strictly prohibited. Whilst we have taken reasonable precautions to ensure that this email and any attachment has been checked for viruses, we cannot guarantee that it is virus free. We cannot accept liability for any damage sustained as a result of software viruses. We advise you to carry out your own virus checks, especially before opening any attachment. ████████████████████████████████████████

RE: ███

**Subject:** RE: ███
**From:** ███
**Date:** 8/1/2019 3:47 AM
**CC:** ███
**To:** ███

Dear ███

That's actually interesting to know. As you may have seen, some weeks ago someone created an email address very similar to mine (only changing the g for a q) and emailed ███ requesting his new novel. We were quite baffled as we had not told anyone he is on the last stretch of finishing his new (and very ambitious) novel.

So, ███ is writing yes, and we may have his novel by the end of August. We are representing it, of course, and so are you.

Can you help me here? We have a hint of who could have impersonated me –with a lot of persistance and several emails to ███ pretending to be me—to get his novel. Can you ask the translators how they know about the novel, and the information they have on it (title? synopsis?). Thay may actually shine some light on the email scam...

Thanks for your help!

All the very best wishes,
███

███

This message is intended for the named addressee and may contain confidential information. If you have received it in error please send the message back to us, and immediately and permanently delete it.

**De:** ███
**Enviado el:** jueves, 1 de agosto de 2019 8:24
**Para:** ███
**CC:** ███
**Asunto:** ███

Dear ███,

I have received a message from the Chinese and Taiwainese publishers of ███ saying that their translator told them ███ has written a new novel. Is it true? Are we handling it? When can we receive the material? They can read Indonesian.

I look forward to hearing from you.

Best,
███

RE: 

--

**Subject:** Re: Re: ████████████████████
**From:** ██████████████████████████████████████████
**Date:** 4/11/2020 6:00 AM
**To:** ████████████████████████████████████

Dear ██████

The ██████ is █████████ third short story collection, which was published last year. Unlike the previous two collections, there is no novella in it. So let's keep it in the future.

Best,

██████

---

**From:** ████████████
**Date:** 2020-04-11 17:02
**To:** ██████
**Subject:** Re: ██████████████

Hi ████

Yes, it was her!! Unbelievable! I don't know why they steal manuscripts but it's getting annoying...

What's ████████████ by the way? It sounds like a superhero novel...

Take care!

> Dear ██████
>
> Is that scout ████████████? I received an email from ██████ asking for ██████ materials in Janurary. When she asked for PDFs of other titles, I found she is not Rebecca.  Why do these scammers steal books? How can they make money? I guess for there is an online market for pirate books?
>
> Best,
>
> ████

Case 1:21-cr-00458-CM   Document 38-1   Filed 03/17/23   Page 24 of 35

**From:** ████████████
**Date:** 2020-04-08 21:10
**To:** p█████
**Subject:** Re: ██████████████

Oh dear, again??? I received today a strange request from a scout asking for the ms of ███ ███████ ! And I didn't know anything about the book!!

Please forward me any weird email you receive.

> Dear █████████
>
> I received this email from "you". Just now ████████████ told me she also received an email from "you", for █████████ latest novel as well. And I realize it could be a phishing email. When I reply the email, I found the address became ████████████████████████ ".
>
> I cannot understand why they steal manuscripts?
>
> Best,
>
> ████
>
>
>
> > **From:** ████████████████
> > **Date:** 2020-04-08 05:48
> > **To:** ███████████
> > **Subject:** ████████████████████
> >
> > Dear ████████████
> >
> > I received an email from ██████████████ who asked me if I am also handling ███ ████ latest novel, ██████████. She says it's good. What do you think? Do you have the rights?
> >
> > Best wishes,
> >
> > ████████
> >
> >
> > █████████████████████
> > ████████████████
> > █████████████████
> >      ████████████████████████████
> >
> >
> > This email is intended only for the addressee, is strictly confidential and may also be legally privileged. If you are not the addressee and you have received this email in error, please do not read, print, re-transmit, store, or act in reliance on it or any attachments. Please notify the



sender and then immediately and permanently delete it. Any views or opinions are solely those of the author and do not necessarily represent those ████████████████████████ █████████████████████████████████████████████████████████ █████████ ]

This email is intended only for the addressee, is strictly confidential and may also be legally privileged. If you are not the addressee and you have received this email in error, please do not read, print, re-transmit, store, or act in reliance on it or any attachments. Please notify the sender and then immediately and permanently delete it. Any views or opinions are solely those of the author and do not necessarily represent those of ████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████

This email is intended only for the addressee, is strictly confidential and may also be legally privileged. If you are not the addressee and you have received this email in error, please do not read, print, re-transmit, store, or act in reliance on it or any attachments. Please notify the sender and then immediately and permanently delete it. Any views or opinions are solely those of the author and do not necessarily represent those of █████████████████████████████████████ ██████████████████████████████████████████████████████████ █████████████████████████

Fwd: ████

**Subject:** Fwd: FW: ████
**From:** ████
**Date:** 4/29/2020 10:15 PM
**To:** ████

Dear ████

I had tried ████s office with no luck, but I am glad that you have managed anyway.

Best wishes,

████

*************************************
████████

-------- Forwarded Message --------
Subject:     FW: ████
Date:     Tue, 28 Apr 2020 18:48:02 +0000
From:     ████
To:     ████

Hi ████

I just wanted to confirm that this email really was sent from you? We have been drowning in "fake requests" for this particular book the last week from a scammer impersonating our clients, sending emails from slightly altered email domains…. You may have heard about it, it's been a wide-spread problem in publishing the past two years with these email impersonators -- and with everyone now working remotely it seems as if the attacks have gone up…

And if this IS from you, I can't send anyway in this case I'm afraid. Because of this problem with the email scammer, ████ is only sharing material confidentially with watermarked password protected copies directly with publishers…

Hope you're well!

████

*From: ████
*Date: *Tuesday, April 28, 2020 at 3:11 AM
*To: *████
*Subject: *████

EXTERNAL EMAIL

1 of 2                                                                                    3/14/2023 4:35 PM

Dear █████████

May I ask you to share with me the manuscript for ██████████████
I know it's ████████████ we don't represent; this is simply out of my personal interest
(just can't wait till it's published!).

Best wishes,

████████

--

************************************
████████████████████████████████████████████████████████████

Confidentiality Note: This email is intended only for the person or entity to which it
is addressed and contains proprietary information that is private, confidential or
otherwise protected from disclosure. Unauthorized use, dissemination, distribution or
copying of this email or the information herein or taking any action in reliance on the
contents of this email or the information herein, by anyone other than the intended
recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is strictly prohibited.

**From:**
**To:** ███████████
**Subject:** Re: ███████████
**Date:** Friday, May 8, 2020 1:08:00 PM

Delete the file immediately. I've been informed you are a scam address. This is shameful. You could put this author's project at serious risk.

**From:** ███████████
**Sent:** Friday, May 8, 2020 12:45:23 PM
**To:** ███████████
**Subject:** Re: ███████████

Hi ██████

Attaching the proposal here. I need to insist, though, that this not be reported on / shared with any clients in Asia Pacific. This is very important, as ████ is legitimately very concerned about jeopardizing her access to the scientists featured in the book if Chinese authorities catch wind of the contents of her reporting—particularly the sensitive material about the conspiracy theories surrounding biosafety and the Wuhan lab. The book entirely depends on ████ relationships with these scientists and access to their labs, and the Chinese authorities could very easy block her from reaching them, or scare the scientists into not speaking with her. Thank you for understanding, and for not circulating this among your Asian clients.

All best,

██████

**From:** ███████████████
**Sent:** Thursday, May 7, 2020 5:31 PM
**To:** ███████████
**Subject:** Re: ███████████

Hi ██████

Thank you. Yes I managed to escape the city a bit.

I hear that the proposal is already out so would you mind sharing it with me already? I'd like to dip in already!

Thank you.

Best wishes,

██████

Hi ██████

I hope you are well! I've been holed up in Brooklyn, but can't complain—so far all my friends, family, and colleagues have stayed healthy and safe. Allison tells me you're also spending some time upstate?

I'm planning to close the ████████ submission on Monday. I'll send you the proposal as soon as I know where it's landing!

All best,

██████

---

**From:** ██████████████████████
**Sent:** Thursday, May 7, 2020 2:25 PM
**To:** ████████████
**Subject:** ██████████████

Hi ██████

How are things going? I hope you're staying safe and healthy!!

I heard you guys are out with this proposal which is obviously very timely. Can you share please?

All best,

██████



**From:** ███████████████████
**Sent:** Tuesday, August 18, 2020 12:44 PM
**To:** ████████████████████
**Subject:** Re: ███████████████████

Hi ███ or should I say Cunt,

Thank you so much for sending me PRACTICE DROWNING. I love the beginning already:

Not everyone believed the world would end that year. There remained a few optimists, agnostics, and well-meaning liars who claimed it might endure at least a few months longer, possibly even forever. Until this question was settled, however, there would be little point in spending good money to repair or replace what was broken or used up, and least of all what benefitted children, who would probably never repay such investments...

xxx

████, or should I say ██████,
I know who you really are and, more importantly, my clients know who you really are. There's a growing group in the industry who also know who you really are. You will lose your business if you keep impersonating people to ask for manuscripts.

Cyber impostors sometimes impersonate literary agents. If you receive an email from us that looks suspicious in any way, or is insistent about asking for manuscripts, please do not hit reply, but forward and re-enter our email address. Thank you.



---------- Forwarded message ---------
From: ████████████████
Date: Mon, Aug 17, 2020 at 2:33 PM
Subject: ██████████████████
To: █████████████████████ >

Dear ██████

Thanks for your reply. I hear that a few scouts already have an early draft and I was wondering if we could see that one please.

Thank you.

Best,



Dear ████,
Thank you for reaching out and your interest in ████ novel! ████ and his editor
are taking the fall to work on some edits. ██████████ handles foreign rights
on my behalf- and we haven't sent this one out yet.
I hope you're as well as can be...
Best,
████

On Mon, Aug 17, 2020 at 12:58 PM █████████████████████
wrote:

Dear ██████

I hope you're well and coping with the current situation!

We heard this title sold in the US to ████ and we would like to take a look!
Can you share the MS please? Who handled your translation rights?

All best,

--
▲ Triangle House ▲



**From:**
**To:** ███████████
**Subject:** Sorry
**Date:** Sunday, February 7, 2021 7:04:32 PM

I'm sorry for taking your identity. I just wanted to get the chapters of ████████ new novel that were published on the ████████. It disappeared from the website. :(

Do you have them? Happy to pay you back if you have PayPal.

Thank you and sorry. I won't do it again.